

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-00583-CV

Style: The Honorable Mark Henry, County Judge of Galveston County

**v.** The Honorable Lonnie Cox

Date motion filed*: July 22, 2015

Type of motion: Appellant's Motion to Create a Separate Docket Number for His Additional and Separate

Notice of Appeal That Challenges the Denial of His Plea to Jurisdiction, and Motion to

Abate the Briefing Schedule in This Temporary Injunction Appeal until the Jurisdictional

Appeal under the New, Separate Docket Number is Decided

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? Yes

If motion to extend time:
    Original due date:
    Number of previous extensions granted:          Current Due date:
    Date Requested:

Ordered that motion is:

☐       Granted

        If document is to be filed, document due:

        ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

☒       Denied

☐       Dismissed (*e.g.*, want of jurisdiction, moot)


Appellant's (1) Motion to Create a Separate Docket Number for His Additional and Separate Notice of Appeal That Challenges the Denial of His Plea to Jurisdiction, and (2) Motion to Abate the Briefing Schedule in This Temporary Injunction Appeal until the Jurisdictional Appeal under the New, Separate Docket Number is Decided are denied.


Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually      ☐ Acting for the Court


Date: August 6, 2015